Oct. 31, 1977.

379 A.2d 625

Commonwealth ex rel. Van Horn (et al., Appellant) v. Bucks County Department of Child Welfare.

Argued September 19, 1977. Barry Ballow, with him Jackson, Bortner & Ballow, for appellant; Lawrence J. Roberts, with him Nemeroff & Roberts, for appellee.

OPINION PER CURIAM: Order vacated. The matter is remanded to the court below for a full evidentiary hearing. The court below is to appoint counsel for the minor child, Tori Van Horn. Custody of Tori Van Horn is to continue with Ronald and Lorraine Belser as ordered by the court below on January 13, 1977 until a new order is entered after the hearing.

JACOBS and PRICE, JJ., did not participate in the consideration or decision of this case.